**Motion Granted and Order filed January 15, 2014.**



In The

# Fourteenth Court of Appeals

————————

NO. 14-14-00013-CV

————————

## IN RE VILLAGIO BUILDERS, LLC, Relator

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**270th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2011-46564**

---

## ORDER

On January 7, 2014, relator Villagio Builders, LLC filed a petition for writ of mandamus. *See* Tex. Gov't Code § 22.221; *see also* Tex. R. App. P. 52. Relator asks this Court to compel the Honorable Brent Gamble, presiding judge of the 270th District Court of Harris County to vacate his order dated October 2, 2013, entered in trial court cause number 2011-46564, styled *Villagio Builders, LLC v.*

*Wade Riner and Tonya Riner*. Relator asserts the trial court abused its discretion by imposing certain sanctions against relator.

Relator also has filed a motion for a temporary stay of the underlying proceedings. *See* Tex. R. App. P. 52.8(b), 52.10. On January 7, 2014, relator asked this Court to stay proceedings in the trial court pending a decision on the petition for writ of mandamus.

It appears from the facts stated in the petition and motion that relator's request for relief requires further consideration and that relator will be prejudiced unless immediate temporary relief is granted. We therefore **GRANT** relator's motion and issue the following order:

We **ORDER** all proceedings in trial court cause number 2011-46564, *Villagio Builders, LLC v. Wade Riner and Tonya Riner,* **STAYED** until a final decision by this Court on relator's petition for writ of mandamus, or until further order of this Court.

In addition, the Court requests Wade Riner and Tonya Riner, the real parties in interest, to file a response to the petition for writ of mandamus on or before **January 31, 2014.** *See* Tex. R. App. P. 52.4.

PER CURIAM

Panel consists of Justices Boyce, Christopher, and Brown.